UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| Nora Hilgart-Griff, Jared Eno, Kristen Bagdasarian, Zaynab Elkolaly, Rhea Chappell, and Arwa Hassaballa, individually and on behalf of all others similarly situated, and Students Allied For Freedom And Equality (SAFE),<br><br>    Plaintiffs,<br><br>v.<br><br>Regents of the University of Michigan, Santa Ono, Martino Harmon, Omar E. Torres, Grand River Solutions, Inc., Stephanie Jackson, and Beyond Consulting Group, LLC (d/b/a INCompliance),<br><br>    Defendants. | Case No.24-cv-13425<br>Hon. Laurie J. Michelson |

_____/

| | |
|---|---|
| John C. Philo (P52721)<br>Elizabeth R. Jacob (P86981)<br>Anthony D. Paris (P71525)<br>SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE<br>4605 Cass Ave., 2nd Floor<br>Detroit, MI 48201<br>(313) 993-4505/Fax: (313) 887-8470<br>jphilo@sugarlaw.org<br>ljacob@sugarlaw.org<br>tparis@sugarlaw.org<br>Attorneys for Plaintiffs | Julie H. Hurwitz (P34720)<br>Dayja S. Tillman (P86526)<br>Matthew S. Erard (P81091)<br>GOODMAN, HURWITZ, & JAMES P.C. on behalf of the NATIONAL LAWYERS GUILD, DETROIT & MICHIGAN CHAPTER<br>1394 E. Jefferson Ave.<br>Detroit, MI 48207<br>313-567-6170/Fax: 313-567-4827<br>jhurwitz@goodmanhurwitz.com<br>dtillman@goodmanhurwitz.com<br>Attorneys for Plaintiffs |

Amy Doukoure (P80461)
COUNCIL ON AMERICAN ISLAMIC RELATIONS-MICHIGAN LEGAL FUND
1905 Haggerty Rd., Suite #5
Canton, MI 48188
(248) 559-2247
adoukoure@cair.com
Attorneys for Plaintiffs

Stacie G. McNulty (P84421)*
2012 Washtenaw Ave.
Ann Arbor, MI 48104
(517) 420-6548
stacie.mcnulty@gmail.com
Attorneys for Plaintiffs

Ezra Ritchin*
367 St. Marks Ave, #1132
Brooklyn, NY 11238
(917) 725-0116
ritchinezra@gmail.com
Attorneys for Plaintiffs

Holland Locklear (P82236)
LAW OFFICES OF HOLLAND LOCKLEAR, PLLC
607 Shelby St., Suite 725
Detroit, MI 48226
(833) 424-446/Fax: (248) 256-3334
holland@locklearlegal.com
Attorneys for Plaintiffs

Sara Dagher (P87077)*
PO Box 251202
West Bloomfield, MI 48325
(248) 605-5985
shhdagher@gmail.com
Attorneys for Plaintiffs
merard@goodmanhurwitz.com
Attorneys for Plaintiffs

Huwaida Arraf
45836 Eden Dr.
Macomb, MI 48044
(917) 588-3482
huwaida.arraf@gmail.com
Attorneys for Plaintiffs

## **APPEARANCE**

**PLEASE ENTER**, Council on American Islamic Relations Michigan Legal Fund, by AMY V. DOUKOURE's appearance as retained counsel on behalf of the Plaintiffs, Nora Hilgart-Griff, Jared Eno, Kristen Bagdasarian, Zaynab Elkolaly, Rhea Chappell, and Arwa Hassaballa, and Students Allied For Freedom And Equality (SAFE), in the above referenced matter.

2

Dated: 1/21/2025

                              Respectfully submitted,

                         **CAIR-MI LEGAL FUND**


                        /s/ Amy V. Doukoure
                        BY: Amy V. Doukoure (P80461)
                        Attorney For Plaintiffs
                        1905 Haggerty Rd., Suite #5
                        Canton, MI 48188
                        (248) 559-2247
                        adoukoure@cair.com