UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| NORA HILGART-GRIFF et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:24-cv-13425 |
| | ) | |
| v. | ) | Hon. Laurie J. Michelson |
| | ) | Mag. Elizabeth A. Stafford |
| REGENTS OF THE UNIVERSITY OF MICHIGAN et al., | ) | |
| | ) | |
| Defendants. | ) | |

## INDEX OF EXHIBITS

Pursuant to an agreement with Plaintiffs' counsel, and under Local Rule 5.3 (2018 Comment), Exhibits K and L have limited redactions for (1) personal contact information, and (2) the names of non-party students and non-party Appeals Board members.

| Exhibit | Description |
|---|---|
| **1** | **Declaration of Vice President of Student Life Martino Harmon** |
| A | 2022 Statement of Student Rights and Responsibilities |
| B | 2022 Standards of Conduct for Recognized Student Organizations |
| C | 2022 Student Organization Advancement and Recognition Accountability Procedure Manual |

| | |
|---|---|
| D | Policies for Diag Use |
| E | June 3, 2024 Office of Student Conflict Resolution Complaint Against Nora Hilgart-Griff |
| F | June 3, 2024 Office of Student Conflict Resolution Complaint Against Jared Eno |
| G | June 3, 2024 Office of Student Conflict Resolution Complaint Against Kristen Bagdasarian |
| H | June 3, 2024 Office of Student Conflict Resolution Complaint Against Zaynab Omar Ibn Al-Khattab Elkolaly |
| I | June 3, 2024 Office of Student Conflict Resolution Complaint Against Rhea Chappell (legally "Nolan Chappell") |
| J | June 3, 2024 Office of Student Conflict Resolution Complaint Against Arwa Hassaballa |
| K | Oct. 31, 2024 Student Organization Advancement and Recognition Accountability Process Complaint Against Students Allied for Freedom and Equality |
| L | Oct. 21, 2024 Decision of Vice President of Student Life Martino Harmon |