# EXHIBIT D

Search



# Central Campus Diag/North Campus Gerstacker Grove Policies & Procedures

*Please note we require a minimum of 72 hours to coordinate a basic event. Permitting for additional details (amplified sound requests, electricity, trash, etc...) requires at least two weeks of lead time.*

## What is the Diag?

Often referred to as the heart of Michigan's Central Campus, the Diag is the brick space surrounded by benches at the foot of the Hatcher Graduate Library steps. This is where the iconic Block M is located.  You might hear people refer to it as "The Diag Proper." While the Center for Campus Involvement permits the use of the Diag, all sidewalks, grassy areas, plazas, etc., in the surrounding areas are coordinated by a different office: Facilities & Operations. If you wish to host an event utilizing both the Diag and surrounding grassy areas and/or sidewalks, you must submit a request to the Center for Campus Involvement as well as Facilities and Operations.

## What is the Grove?

The Eda U. Gerstacker Grove is a four-acre outdoor space on North Campus similar to Central Campus' Diag, providing students and faculty an opportunity for interaction, performances, and casual recreation. While the Center for Campus Involvement permits the use of the Grove, all sidewalks, grassy areas, plazas, etc., in the surrounding areas are coordinated by a different office: Facilities & Operations. If you wish to host an event utilizing both the Grove and

surrounding areas and/or sidewalks, you must submit a request to the Center for Campus Involvement as well as <u>Facilities and Operations</u>.

# How do I reserve these spaces?

- Step 1: Review all Policies

- Step 2: Check Availability

- Step 3: Submit Event Information

    - ***Before submitting event information please note:***
        - Applicants must be Authorized Signers of a recognized student organization and/or be affiliated with a University department.
        - A University Shortcode will be required for all organizations in the request. Although the Diag is free of charge, this will be used in case of damages or other approved charges.
        - If you are requesting Electricity, Amplification or any other Diag Services, fees may be applicable.
        - DO NOT assume your event has been approved until you receive a confirmation in writing.
        - Performances are limited to student performers.
        - **Furniture is not provided with reservations (e.g. tables, chairs, sign stands)**

**Outdoor Space Use Policy Note:**

- All outdoor events, including those held on the Diag and/or Grove are subject to all Facilities and Operations Outdoor Events policies, which are outlined on the <u>Facilities and Operations website</u>.

**Contact Us:**

- These spaces are managed by the Center for Campus Involvement, University Unions. If you have any questions, please feel free to contact 734-763-5900,





















**Center for Campus Involvement**

Michigan Union
530 S. State Street, Suite 3410
Ann Arbor, MI 48109-1308

📍 View on a map

Office Hours
🕐 Monday-Friday, 8am-5pm

Our Strategic Plan for Diversity, Equity & Inclusion

Web Accessibility Statement | Non-Discrimination Policy | U–M Gateway

© The Regents of the University of Michigan

Log in

Student Life   Campus Jobs   Giving

Search



# Diag / Grove Reservation Process: Getting Started (Step 1 of 3)

**Diag / Grove Reservation Process**

- Diag/Grove Overview
- **Step 1: Getting Started**
- Step 2: Policies for Diag Use
- Step 3: Application & Approval Timeline

## Getting Started

**Before Completing the Application:**

- Applicants must be Authorized Signers of a recognized student organization and/or be affiliated with a University department
- A University Shortcode will be required for all organizations in the request. Although the Diag is free of charge to reserve, the shortcode will be used in case of damages or other approved event charges, such as trash/recycling/compost
- DO NOT assume your event has been approved until you receive an email confirmation from the Center for Campus Involvement

## Availability & Use:

The Diag and Grove are available on a first-come, first-served basis and can be scheduled up to 12 months in advance. It takes time to coordinate use of the space for events.  The more time you allow, the better.  To check current availability of specific dates please visit our availability spreadsheet.  If a specific date is not available, do not submit a request for that date. See Approval Timeline for more information.

Only recognized student organizations and university departments with valid University accounts (i.e. shortcodes) are eligible to reserve the Diag and Grove. All events on the Diag and Groves must be open to all and be free of charge. No sales are allowed. All individuals interested in reserving the Diag and Grove spaces must submit the Diag Reservation Application.

Students, staff and faculty may distribute pamphlets or flyers without obtaining an event permit, as long as no equipment (i.e., tables, chairs, carts, boxes, or other objects) are placed on the property, and they do not interfere with other authorized activity on the Diag and Grove. Setting up tables, chairs, and other structures requires an approved event permit by the Center for Campus Involvement. Please review the University of Michigan– Guidelines for Posting Flyers, Posters, and Other Related Items on University Property for more information.

Unauthorized or disruptive parties must not disrupt University operations or the lawful activities of others on the Diag and Grove. Unauthorized or disruptive parties will be asked to leave by Center for Campus Involvement staff or other individuals acting on behalf of the University. Parties must comply. U-M Division of Public Safety and Security may intervene if necessary.

## Campus Impact Considerations:

When planning for events in these spaces we would like people to reflect on how they plan to impact the community. Please reflect on the following questions before planning your event:

- How will the event impact the campus community?
- How will you ensure your organization members understand Diag and Grove policies along with resources for campus climate support?
- How will you foster conversations that encourage connections and learning across differences?
- How will you prepare to  de-escalate conversations, if needed?

**Planning Resources**

The Center for Campus Involvement will be a resource to you throughout your event. You may also find these resources valuable to your student organization.

- Campus Climate Support

- Facilitated Discussions

- Workshop & Support Groups

- Campus Departments as Resources

Now that you are familiar with what the Grove and Diag are and how they are used by student groups and departments, let's go over specific policies you must adhere to if you plan to hold an event in these spaces.

Proceed to Step 2: Policies for Diags Use



## Center for Campus Involvement

Michigan Union
530 S. State Street, Suite 3410
Ann Arbor, MI 48109-1308
View on a map

Office Hours
Monday-Friday, 8am-5pm

Our Strategic Plan for Diversity, Equity & Inclusion

Web Accessibility Statement | Non-Discrimination Policy | U–M Gateway

© The Regents of the University of Michigan

Log in

Student Life    Campus Jobs    Giving

Search



# Diag / Grove Reservation Process: Policies for Diag Use (Step 2 of 3)

**Diag / Grove Reservation Process**

- Diag/Grove Overview
- Step 1: Getting Started
- **Step 2: Policies for Diag Use**
- Step 3: Application & Approval Timeline

## Outdoor Space Use Policy Note

All outdoor events, including those held on the Diag and Grove, are required  to follow the Standard Practice Guide (SPG) for Facilities Use 601.41 the Facilities and Operations' Outdoor Events policies.

## General Reminders about Recognized Student Organization Activities

The University of Michigan is home to more than 1,700 organizations through which students can meet, create community, and engage in myriad activities. At the university, Recognized Student Organizations (RSOs) form around the diverse ideas, interests, and activities. Just as

with individuals, RSOs are free to gather and express themselves within the boundaries of the law and university policies.

- All RSO activities must be conducted in a way that is consistent with:
  - Rules, regulations, and policies of the University of Michigan, including, among other policies, the Statement of Student Rights and Responsibilities, the Standards of Conduct for Recognized Student Organizations, and the Use of University of Michigan Facilities.
  - Rules associated with the University facilities where they take place. This includes following lawful directives to leave particular facilities by University police, security officers, or University officials who identify their role
- Activities must not substantially disrupt academic activities, university operations, university-sponsored events, or the activities of others

The university upholds the First Amendment and has long welcomed protest and dissent. However, one person's right to protest must not infringe on the rights of others, endanger our community, or disrupt the operations of the university

The University of Michigan follows individual and student organization accountability processes if there are alleged violations of policies

## Policies for Diag & Grove Use

**Central Campus Diag Event Types**

There are four types of events that can happen on the Central Campus Diag. They are:

- Information Tables, up to 3 organizations per day

  - The space of up to three 6-foot tables.

  - In front of the concrete benches around the perimeter of the Diag on the West, North, and East.

    - If you want your Info Table to be in a specific location on the Diag, please mention this in your application.

  - You are reserving the space only; CCI does not provide tables/chairs. To reserve tables please contact Student Organization Resource Center (764-0436), LSA Facilities (764-0323), or the Diag Coordinator can refer you to rental companies for tables and chairs

- Bucket Drive, 1 organization per day

  - See Diag Usage Restrictions/Policies above

- Large Event, 1 organization per day

  - Space in the middle of Diag, the brick space including the "M".

  - Does not include the Info Table spaces around the periphery unless you specifically request those as well.

    - Note: if you reserve the Large Event space but don't request the Info Table spaces, other events may be permitted during yours.

  - Special setup often required. Examples:

    - Use of electricity or other requests from Facilities & Operations.

    - Items being delivered to the Diag by outside companies (open-sided canopies, tables, etc.)

    - Amplified sound permit.

  - Large events typically end by 5PM.

- Night Event, 1 organization per day

  - An event that starts at 5PM or later is a Night Event.


**North Campus Gerstacker Grove Event Types**

There are four general types of events that can happen on the North Campus Gerstacker Grove, following similar policies to the Diag. They are:

- Information Tables, up to 3 organizations per day

  - The space of 3, 6 ft tables

  - Along the side of designated walkways

  - CCI does NOT provide tables/chairs. To reserve tables please contact Student Organization Resource Center (764-0436), LSA Facilities (764-0323), or the Diag Coordinator can refer you to rental companies for tables and chairs

- Bucket Drive, 1 per day

  - See Diag Usage Restrictions/Policies above

- Large Event, one per day
  - Space in middle of Tower Plaza area, requesting a large amount of space

- - Special set up
    - Use of electricity or other Facilities & Operations requests
  - Night Event, one organization per day
    - An event that starts at 5 p.m. or later is a Night Event
  - Canopy  Area, 1 per day
    - Specific event located in designated canopy area on the Grove
    - Sponsoring organization must rent an approved open-sided canopy for this area
    - Closed events possible
    - Food policies vary for this space

## How do I know which type of space to request?

- Info Tables are pretty simple; if you are passing out information about your organization or an event that you're having, one of the 3 Info Table spaces is just what you need.

- Large Events are a little more complex; there is a broad range of activities that happen in the Large Event space.

  - One very important thing to bear in mind is that structures cannot block the Fire Lane. If the event that you're planning involves structures of any kind, you will need to discuss placement with the Diag Coordinator.

  - Some large events actually work better in the Info Table spaces. For example, if you are hosting an event with multiple event partners, and each partner only needs to set up a table, you should submit a request for all of the Info Table spaces, not necessarily the Large Event space. The Info Table spaces can accommodate up to 24 tables for large-scale tabling events with multiple partners.

  - Large Events and Night Events often have special set-up and operational needs, so the timeline for planning them is longer.

- Diag and Grove space are reserved by the day, not by the hour. Even if an event lasts only for an hour, it is the only instance of that event for that day
- A Bucket Drive cannot be a standalone event; it must be supplemental to an existing event (Info Table, Large Event, or Night Event)
- It is always best to explain your event set-up needs in the event description, so CCI staff can make an informed decision about which space will work best for you

## Diag and Grove Usage Policies:

- Only recognized student organizations and university departments with valid University accounts (i.e. shortcodes) are eligible to reserve the Diags
- You must print and carry a copy of your permit the day of your event
- The Center for Campus Involvement does not share the name of organizations reserving the space
- You may not use stakes of any kind on the Diag or grassy areas (for acceptable structure and equipment dimensions see the Outdoor Common Areas policy)
- No motorized vehicles may be driven on the Diag or sidewalks leading up to the Diag
- Time limits – 8:00 a.m. to 10:00 p.m. Events outside of this time have the option to apply for a waiver. Time exemptions will be made with consultation of Campus Police and Facilities and Operations to ensure safety
- "University Days" are days where the Diag cannot be reserved (no exceptions). This includes study days, exams, and graduation.
- Sales and solicitations are strictly prohibited
- Simulated gun play, such as nerf guns and bow and arrows, are strictly prohibited
- Open flames are not permitted on the Diag at any time. This includes candles, grills, Sterno, etc.
- Chalking

  - Chalking with water soluble chalk is allowed on University sidewalks and plazas. Chalking is prohibited on other University property including, but not limited to, buildings, columns, seating, walls, steps, and other surfaces, structures and fixtures. The University has no responsibility for maintaining or removing chalk placed on sidewalks or plazas.

  - Aerosol spray chalk is not acceptable on any surfaces.

- Food on the Diag and Grove

  - Food on the Diag is allowable with advance planning. The more complex the food, the more advance planning is needed. Food Guidelines for Diag and Grove.

  - All food serving must meet Environment, Health, & Safety (EHS) standards for approval.

  - Consult OSEH at 734-647-1142 prior to planning to bring food not listed in the linked document above.
  - Pre-packaged snacks, water, coffee, donuts, and cookies are preapproved
  - No sales of food, including "suggested donations," are permitted on the Diag

- Trash

  - Approved events are required to keep the immediate area free from litter and to remove all of their materials from the area upon completion of use.

  - Trees, grass, and shrubs shall not be altered, damaged, or destroyed.

- If your event will generate more trash than the existing containers will accommodate, it may be necessary to get assistance from Grounds & Waste Management. There is a cost associated with this as it requires staff to facilitate these requests in person.
- Structures such as Inflatables/Tables/Chairs/Hammocks
  - Setting up tables, chairs, and other structures requires an approved event permit by the Center for Campus Involvement
  - If your organization is interested in deploying any form of structure or rental item, such as inflatables, it may not exceed the 8 foot height restriction or be larger than 10' x 10' (footprint)
    - All items cannot block the fire lanes on the Diag and Grove
    - All items must be kept clear from any trees, benches or other stationary objects on Diag property
    - A Certificate of Insurance from the rental company MUST be submitted to diag.info@umich.edu
    - Inflatable games must be attended by volunteers from the hosting organization at all times
  - Enclosed tents and encampments are prohibited
  - Hammocks and slacklines must be anchored to trees with a minimum diameter of 6 inches and 12 inches respectively and placed in accordance with the Hammock and Slackline Policy.
    - Hammocks left unattended in any location for thirty minutes or more are subject to confiscation by authorized personnel.

- Speakers and Presenting Organizations
  - At least three days in advance of the event date, the sponsoring organization of an event must provide to the Center for Campus Involvement a final list of speakers and/or organizations that will be tabling or presenting at the event, including an event timeline
- Amplified Sound
  - Amplified sound is considered any source of amplification from an electrical source such as laptops, megaphones, Bluetooth speakers, large speakers, etc.
  - Acoustic instruments are not considered amplified sound, but the Center for Campus Involvement must be informed of their use during the event planning process
  - The allotted 12:00 p.m. to 1:00 p.m. time is preapproved and does not need an amplified sound permit, but the Center for Campus Involvement must be informed of plans for amplified sound during this time during the event planning process
  - Noise Exemption Requests
    Events that require an exemption to this rule have the option to apply for an exemption. Noise exemptions are requested by our office and reviewed by members of the neighboring libraries and academic building communities. Event details and the names of those requesting a noise exemption are not disclosed to

the reviewing committee. If approved for a Noise Exemption, you may have amplified sound for up to an additional four hours. Times when noise exemptions are likely to be approved are outlined below but not guaranteed. Requests that fall outside the times below will not be considered for a Noise Exemption

- Monday to Friday: 5 p.m. and 10 p.m.; up to four hours with an approved Noise Exemption Request
- Saturday & Sunday: (between 8 a.m. and 10 p.m.); up to four hours with an approved Noise Exemption Request
- There is a timeline of up to three weeks for noise exemption review

- Bucket Drives

  - Bucket drives are the collection of money for donation taking place in outdoor spaces.

  - Bucket drives cannot be stand-alone events. They must be part of either an Info Table or Large Event.

  - Bucket drives must be for charities only; you cannot do a Bucket Drive to raise funds for your organization.

  - Donations/Bucket Drives must be scheduled with the Center for Campus Involvement at least one week prior to the activity to allow for proper scheduling.

  - Permits are issued for no more than two consecutive days. Unless otherwise explicitly stated, a day shall be from 8:00 a.m. until 10:00 p.m. or dusk, whichever is earlier.

  - Groups sponsoring donations must provide donors and potential donors with written information about the beneficiaries (through pamphlets, leaflets, signs, etc.)

  - Only one donation per common area may occur at a time, and may not occur in the same areas and on the same day as a major program sponsored by another user.

  - Only one donation per eligible user may be scheduled per day, per designated outdoor common area. Eligible users may schedule up to two days per month, per common area (for up to six total days per month).

  - Donations must not interfere with normal University operations and may only occur in the public passageways.

  - Donations can only be collected in the form of CASH. Any other forms of fundraising or donation collection is not permitted on the Diag (can or clothing drives, etc.).

- All money collected by recognized student organizations must be deposited into the organization's SOAS accounts (no exceptions) and must be handled in compliance with the requirements of the SOAS Office, via a University Fund Account.

- For more information on donations, please visit the Student Organization Finances page on Donations.

## Rules for All Outdoor Events

Diag and Grove policies are in alignment with the policy for Scheduled Use of the University of Michigan Outdoor Common Areas and the Standard Practice Guide (SPG) for Facilities Use 601.41. It is your responsibility to understand policies and follow guidelines. Please also be aware of the Student and Faculty Filming Guidelines and Requirements. Additionally, the Division of Public Safety and Security reserves the right to ensure the safety of events as deemed necessary or as requested by event hosts.

Any user may seek to have specific parts of this policy waived for a specific purpose via the Diag Waiver Process. Waiver requests must be submitted 30 days in advance. For all outdoor, non-Diag events, you must submit a different request to Facilities & Operations. Click here to visit their website.

## Questions?

If you have questions, please contact the Center for Campus Involvement at 763-5900 or email diag.info@umich.edu.

Proceed to Step 3: Application & Approval Timeline



## Center for Campus Involvement

Michigan Union
530 S. State Street, Suite 3410
Ann Arbor, MI 48109-1308
◉ View on a map

Office Hours
🕐 Monday-Friday, 8am-5pm

Our Strategic Plan for Diversity, Equity & Inclusion
Web Accessibility Statement | Non-Discrimination Policy | U–M Gateway

© The Regents of the University of Michigan

Log in

Student Life    Campus Jobs    Giving

Search



# Diag / Grove Reservation Process: Application and Timeline for Approval (Step 3 of 3)

## Diag / Grove Reservation Process

- Diag/Grove Overview
- Step 1: Getting Started
- Step 2: Policies for Diag Use
- **Step 3: Application & Approval Timeline**

---

## Application and Timeline for Approval

### Timeline

You can request the Diag or the Grove up to one year in advance.  It takes time to coordinate use of the space.  The more time you allow, the better.  For simple requests, approval may be possible in only a few days.  However, at certain times of the year, volume is such that we are not able to process requests immediately. For noise exemptions, electricity, food, and other details, you must allow adequate time.

**Important Note**: Your application will not be considered "approved" until you have received written confirmation from the Center for Campus Involvement.

- Information Tables

  - No food, no electricity, no noise exemption:  3 business days' notice is usually adequate

  - Serving food:  at least 7 business days' notice

  - Noise exemption:  3 weeks' notice (an exception might be possible)

  - Needing electricity:  at least 7 business days' notice

  - Bucket Drives as part of an Info Table:  3 business days' notice is usually adequate

- Large Events

  - All Large Event requests must be submitted at least 7 business days prior to the event date.

  - Other elements of the event require more time for approval.  For example:

    - Noise exemption:  3 weeks' notice (an exception might be possible)

    - Stage:  at least 6 weeks' notice

    - Food, electricity, and other services:  varies by event

    - Musical performances:  at least 6 weeks' notice

  - Bucket Drives as part of a Large Event:  varies by event, but generally same timeline as a Large Event on its own

- Multiple dates

  - For Large Events, you might wish to consider holding multiple dates.

  - This helps if you don't know the availability of a performer, guest, etc.

  - Dates can be held until 60 days prior.  (Example: a request for April 30 can be held until March 2).

## Application

Before you fill out your application, make sure that you have read all of the sections of this webpage including:

- [Step 1: Getting Started](#)
- [Step 2: Policies for Diags Use](#)
- Step 3: Application & Approval Timeline (this page)

**Ready to submit an application?** Click the button for the space you'd like to reserve below to open the application in a new page.

Submit a reservation application



## Center for Campus Involvement

Michigan Union
530 S. State Street, Suite 3410
Ann Arbor, MI 48109-1308
📍 View on a map

Office Hours
🕐 Monday-Friday, 8am-5pm

Our Strategic Plan for Diversity, Equity & Inclusion

Web Accessibility Statement | Non-Discrimination Policy | U–M Gateway

© The Regents of the University of Michigan

Log in