# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

| | |
|---|---|
| Nora Hilgart-Griff, Jared Eno, Kristen Bagdasarian, Zaynab Elkolaly, Nolan Chappell, and Arwa Hassaballa, individually and on behalf of all others similarly situated, and Students Allied For Freedom And Equality (SAFE), | Case No. 2:24-cv-13425<br><br>Hon. Laurie J. Michelson<br>Mag. Elizabeth J. Stafford |
| Plaintiffs, | |
| v. | **Stipulation & Proposed Order Of Voluntary Dismissal Of Defendant Beyond Consulting Group, LLC** |
| Regents of the University of Michigan, Santa Ono, Martino Harmon, Omar E. Torres, Grand River Solutions, Inc., Stephanie Jackson, and Beyond Consulting Group, LLC (d/b/a INCompliance), | |
| Defendants. | |

_____/

| | |
|---|---|
| John C. Philo (P52721)<br>Liz Jacob (P86981)<br>Anthony D. Paris (P71525)<br>SUGAR LAW CENTER<br>FOR ECONOMIC & SOCIAL JUSTICE<br>4605 Cass Ave., 2nd Floor<br>Detroit, MI 48201<br>(313) 993-4505/Fax: (313) 887-8470<br>jphilo@sugarlaw.org<br>ljacob@sugarlaw.org<br>tparis@sugarlaw.org<br>***Attorneys for Plaintiffs*** | Lauren J. Hartz<br>Ishan Bhabha<br>JENNER & BLOCK LLP<br>1099 New York Ave., NW, Suite 900<br>Washington, DC 20001<br>(202) 637-6363<br>lhartz@jenner.com<br>ibhabha@jenner.com<br>***Attorneys for Defendants Regents of the University of Michigan, Santa Ono, Martino Harmon, Omar E.*** |

1

Amy Doukoure (P80461)
COUNCIL ON AMERICAN ISLAMIC RELATIONS-MICHIGAN LEGAL FUND
1905 Haggerty Rd., Suite #5
Canton, MI 48188
(248) 559-2247
adoukoure@cair.com
*Attorney for Plaintiffs*

Julie H. Hurwitz (P34720)
Dayja S. Tillman (P86526)
Matthew S. Erard (P81091)
GOODMAN, HURWITZ, & JAMES P.C. on behalf of the NATIONAL LAWYERS GUILD, DETROIT & MICHIGAN CHAPTER
1394 E. Jefferson Ave.
Detroit, MI 48207
313-567-6170/Fax: 313-567-4827
jhurwitz@goodmanhurwitz.com
dtillman@goodmanhurwitz.com
merard@goodmanhurwitz.com
*Attorneys for Plaintiffs*

Holland Locklear (P82236)
LAW OFFICES OF HOLLAND LOCKLEAR, PLLC
607 Shelby St., Suite 725
Detroit, MI 48226
(833) 424-446/Fax: (248) 256-3334
holland@locklearlegal.com
*Attorney for Plaintiffs*

*Torres, Grand River Solutions, Inc., & Stephanie Jackson*

Brian M. Schwartz (P69018)
MILLER CANFIELD PADDOCK & STONE PLC
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226-4415
(313) 496-7551/Fax: (313) 496-8451
schwartzb@millercanfield.com
*Attorneys for Defendants Regents of the University of Michigan, Santa Ono, Martino Harmon, Omar E. Torres, Grand River Solutions, Inc., & Stephanie Jackson*

Ezra Ritchin
367 St. Marks Ave, #1132
Brooklyn, NY 11238
(917) 725-0116
ritchinezra@gmail.com
*Attorney for Plaintiffs*

Sara Dagher (P87077)
3950 W. Eleven Mile Road
Berkley, MI 48072
(313) 474-4287
shhdagher@gmail.com
*Attorney for Plaintiffs*

Huwaida Arraf
c/o Goodman Hurwitz & James, PC
1394 E. Jefferson Ave.
Detroit, MI 48207
(248) 987-8701
huwaida4michigan@gmail.com
*Attorney for Plaintiffs*

## STIPULATION & PROPOSED ORDER OF DISMISSAL
## OF DEFENDANT BEYOND CONSULTING, LLC

NOW COME Plaintiffs NORA HILGART-GRIFF, JARED ENO, KRISTEN BAGDASARIAN, ZAYNAB ELKOLALY, NOLAN CHAPPELL, and ARWA HASSABALLA and Defendant BEYOND CONSULTING, LLC by and through their attorneys and stipulate as follows:

The Plaintiffs agree to voluntarily dismiss, without prejudice, BEYOND CONSULTING, LLC (d/b/a INCompliance) as a Defendant in this case.

By: /s/ John C. Philo
John C. Philo (P52721)
SUGAR LAW CENTER FOR
ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, MI 48201
(313) 993-4505/Fax: (313) 887-8470
jphilo@sugarlaw.org
*Attorney for Plaintiffs*

Date: April 4, 2025

By: /s/ Quintin F. Lindsmith
Quintin F. Lindsmith
BRICKER GRAYDON
100 South Third St.
Columbus, OH  43215
(614) 227-8802/Fax: (614) 227-2390
brickergraydon.com
*Attorney for Defendant Beyond Consulting LLC*

Date: April 4, 2025

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

| | |
|---|---|
| Nora Hilgart-Griff, Jared Eno, Kristen Bagdasarian, Zaynab Elkolaly, Nolan Chappell, and Arwa Hassaballa, individually and on behalf of all others similarly situated, and Students Allied For Freedom And Equality (SAFE), | Case No. 2:24-cv-13425<br><br>Hon. Laurie J. Michelson<br>Mag. Elizabeth J. Stafford |
| Plaintiffs, | |
| v. | |
| Regents of the University of Michigan, Santa Ono, Martino Harmon, Omar E. Torres, Grand River Solutions, Inc., Stephanie Jackson, and Beyond Consulting Group, LLC (d/b/a INCompliance), | |
| Defendants. | |

_____/

### ORDER OF DISMISSAL
### OF DEFENDANT BEYOND CONSULTING, LLC

At a session of said Court in the County of Wayne
City of Detroit, State of Michigan
on April ___, 2025

1

UPON CONSIDERATION OF THE PARTIES' STIPULATION, AND THE COURT BEING DULY ADVISED IN THE PREMISES, IT IS HEREBY ORDERED THAT:

1. The Defendant Beyond Consulting LLC (d/b/a INCompliance) is voluntarily dismissed, without prejudice, as a Defendant in this case.

                    By:    s/Laurie J. Michelson
                            HON. LAURIE J. MICHELSON
                            U.S. DISTRICT COURT JUDGE

Dated: April 4, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

Nora Hilgart-Griff, Jared Eno,
Kristen Bagdasarian, Zaynab
Elkolaly, Nolan Chappell, and
Arwa Hassaballa, individually
and on behalf of all others           Case No. 2:24-cv-13425
similarly situated, and Students
Allied For Freedom And                Hon. Laurie J. Michelson
Equality (SAFE),                      Mag. Elizabeth J. Stafford

              Plaintiffs,

v.

Regents of the University of
Michigan, Santa Ono,
Martino Harmon, Omar E. Torres,
Grand River Solutions, Inc.,
Stephanie Jackson, and
Beyond Consulting Group, LLC
(d/b/a INCompliance),

              Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I electronically the parties' STIPULATION & PROPOSED ORDER OF DISMISSAL OF DEFENDANT BEYOND CONSULTING, LLC with the Clerk of the Court using the ECF system and have emailed a copy of the stipulation and order to all attorneys of record for the parties.

1

Respectfully Submitted,

By: /s/ John C. Philo
John C. Philo (P52721)
SUGAR LAW CENTER FOR
ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, MI 48201
(313) 993-4505/Fax: (313) 887-8470
jphilo@sugarlaw.org
*Attorney for Plaintiffs*

**Date: April 4, 2025**