# EXHIBIT J



## Complaint Form

Office of Student Conflict Resolution I University of Michigan
100 Student Activities Building 515 East Jefferson  Ann Arbor  MI  48109
Build Trust. Promote Justice. Teach Peace.

June 3, 2024

**Complainant(s):**
 Omar E. Torres, Ed. D , University Complaint Representative.

**Respondent(s):**
Arwa Hassaballa


**Description of the Incident(s):**
As alleged, on November 17th, 2023 at approximately 3:58PM, individuals in student status entered the Ruthven Administrative Building at a time when the building was locked. After the students gained entry to the building, they gained access to and remained in the Rotunda, as well as the President's Office. Based on video evidence of the incident (as provided by the University of Michigan Police Department ("UM Police Department"),  students were provided a clear directive to leave University-controlled premises. A succession of additional warnings to leave the facility was communicated by the UM Police Department. Students were informed that failure to do so would result in arrest and citation for trespass.

In support of this complaint, the following information was reported to me by the UM Police Department:

1. A list of individuals receiving a citation for trespass in the Ruthven Administrative Building on November 17, 2023;

2. Two separate video files that show a uniformed officer of the UM Police Department identifying themselves, clearly communicating a directive to leave the building, a clear articulation of consequences (i.e., arrest & citation for trespass), and an acknowledgment of refusal to leave as requested.

**Statement Violation(s):**
Based on the information reported to me, the following violations of University policy are alleged:

N. Obstructing or disrupting classes, research projects, or other activities or programs of the University; or obstructing access to University facilities, property, or programs (except for

1



**Complaint Form**

Office of Student Conflict Resolution I University of Michigan
100 Student Activities Building 515 East Jefferson  Ann Arbor  MI  48109
Build Trust. Promote Justice. Teach Peace.

behavior that is protected by the University's policy on Freedom of Speech and Artistic Expression).

Q. Failing to comply with lawful requests to leave a University controlled premises.  1. From police or security officers; or 2. From University Officials acting reasonably within their official capacities, who identify themselves and their role.

**Desired Outcomes:**

The complainant requests the following outcome:
- *Formal Reprimand*

**Complainant Signature:**

*Omar Estrada Torres*

_____
Please submit this form to:
Office of Student Conflict Resolution
oscr@umich.edu
734-936-6308

2