UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NORA HILGART-GRIFF, et al., | |
| Plaintiffs, | Case No. 24-13425 |
| | Honorable Laurie J. Michelson |
| v. | |
| REGENTS OF THE UNIVERSITY OF MICHIGAN, et al., | |
| Defendants. | |

**ORDER DENYING IN PART AND GRANTING IN PART DEFENDANTS'
MOTION TO DISMISS [32]**

This is a civil rights action brought pursuant to 42 U.S.C. § 1983 by current and former students of the University of Michigan, and one former registered student organization, SAFE. The essence of Plaintiffs' allegations is that during the 2023-2024 academic year, Defendants punished them because of their vocal advocacy for the human rights of Palestinians and their calls for the University to divest from Israel. (ECF No. 30, PageID.323.) They claim this action violated their first amendment rights, due process rights, and rights to equal protection. (*See id.*) Defendants moved to dismiss the amended complaint and strike Plaintiffs' class allegations. (ECF No. 32.) Following full briefing (ECF Nos. 34, 38, 43, 44), the Court heard argument from the parties at a hearing on March 19, 2026.

For the reasons provided on the record in the Court's oral ruling, the motion to dismiss is granted in part and denied in part, as follows:

- With respect to the first amendment claims (Counts I, II, and III) the motion to dismiss is DENIED;

- With respect to the Individual Plaintiffs' due process claims (Count IV, Count VI) the motion is GRANTED;

- With respect to Plaintiff SAFE's due process claim (Count V), the motion is DENIED;

- With respect to the equal protection claim (Count VII), the motion to dismiss is GRANTED as to the Individual Plaintiffs but DENIED as to Plaintiff SAFE.

In sum, Counts I, II, III, V of the amended complaint survive in full and Count VII survives in PART. Counts IV and VI are DISMISSED in full.

It is further ordered that Plaintiffs' motion for leave to file a sur reply to Defendant's supplemental authority (ECF No. 44) is GRANTED.

SO ORDERED.

Dated: March 20, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

2