**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| NORA HILGART-GRIFF et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:24-cv-13425 |
| | ) | |
| v. | ) | Hon. Laurie J. Michelson |
| | ) | Mag. Elizabeth A. Stafford |
| REGENTS OF THE UNIVERSITY | ) | |
| OF MICHIGAN et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

**STIPULATION & PROPOSED ORDER REGARDING**
**DEADLINE FOR DEFENDANTS' ANSWER**

The Parties have conferred and have agreed to extend Defendants' deadline to answer Plaintiffs' Amended Complaint by two weeks, until April 17, 2026.

The above-captioned matter involves claims brought by Plaintiffs Nora Hilgart-Griff, Jared Eno, Kristen Bagdasarian, Zaynab Elkolaly, Rhea Chappell, Arwa Hassaballa, and Students Allied for Freedom and Equality (together, "Plaintiffs"), who assert claims on behalf of themselves and a putative class against Defendants the Regents of the University of Michigan, Santa Ono,[1] Martino Harmon, Omar Torres, Stephanie Jackson, and Grand River Solutions, Inc

---

[1] Santa Ono, who was both sued in both his official and individual capacities, has left his position at the University of Michigan. His successor is automatically substituted as a party to the official-capacity claims pursuant to Federal Rule of Civil Procedure 25(d).

1

(together, "Defendants").  Plaintiffs filed an Amended Complaint on April 22, 2025.  ECF No. 30, PageID.320.  On May 6, 2025, Defendants filed a Motion to Dismiss the Amended Complaint, or, in the Alternative, to Strike Plaintiffs' Class Allegations ("Motion").  ECF No. 32, PageID.404. The Court held a hearing on Defendants' Motion on March 19, 2026.  On March 20, 2026, the Court issued an Order Denying in Part and Granting in Part Defendants' Motion to Dismiss ("Order").  ECF No. 46, PageID.929. By default under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' deadline to respond to the Amended Complaint is 14 days following entry of the Court's Order, or April 3, 2026.

On March 25, 2026, undersigned counsel for the parties agreed to extend Defendants' deadline to Answer the Amended Complaint by two weeks, to April 17, 2026.  Plaintiffs' Amended Complaint includes allegations related to seven named plaintiffs and a putative class, and spans 71 pages and 367 paragraphs.  ECF No. 30, PageID.320.  This extension of time will afford Defendants adequate time to prepare their Answer and Affirmative Defenses.

IT IS HEREBY ORDERED that Defendants shall file their Answer and Affirmative Defenses to Plaintiffs' Amended Complaint on April 17, 2026.

**SO ORDERED**, on this 27th day of March, 2026.

s/Laurie J. Michelson
LAURIE J. MICHELSON
United States District Judge

2

The parties stipulate to the entry of the above order:

Date: March 26, 2026                          Respectfully submitted,

/s/  John C. Philo (with consent)             /s/ Lauren J. Hartz
John C. Philo (P52721)                        Lauren J. Hartz (D.C. Bar No.
Liz Jacob (P86981)                               1029864)
Anthony D. Paris (P71525)                     Ishan Bhabha (D.C. Bar No.
SUGAR LAW CENTER                                 1015673)
FOR ECONOMIC & SOCIAL                         Jenner & Block LLP
JUSTICE                                       1099 New York Avenue, NW Suite
4605 Cass Ave., 2nd Floor                        900
Detroit, MI 48201                             Washington, DC 20001-4412
(313) 993-4505/Fax: (313) 887-8470            +1 202 639 6000
jphilo@sugarlaw.org                           lhartz@jenner.com
ljacob@sugarlaw.org                           ibhabha@jenner.com
tparis@sugarlaw.org
*Attorneys for Plaintiffs*                    Brian M. Schwartz (P69018)
                                              Miller, Canfield, Paddock and Stone,
                                                 P.L.C.
/s/  Julie H. Hurwitz                         150 W. Jefferson, Ste. 2500
Julie H. Hurwitz (P34720)                     Detroit, MI 48226
Dayja S. Tillman (P86526)                     (313) 963-6420
Matthew S. Erard (P81091)                     schwartzb@millercanfield.com
 GOODMAN, HURWITZ, &
JAMES P.C. on behalf of the
NATIONAL LAWYERS GUILD,                        *Counsel for Defendants*
DETROIT & MICHIGAN
CHAPTER
 1394 E. Jefferson Ave.
 Detroit, MI 48207
 313-567-6170/Fax: 313-567-4827
jhurwitz@goodmanhurwitz.com
dtillman@goodmanhurwitz.com
merard@goodmanhurwitz.com
*Attorneys for Plaintiffs*

/s/  Amy Doukoure
Amy Doukoure (P80461)
COUNCIL ON AMERICAN

3

ISLAMIC RELATIONS-MICHIGAN
LEGAL FUND
1905 Haggerty Rd., Suite #5
Canton, MI 48188
(248) 559-2247
adoukoure@cair.com
*Attorney for Plaintiffs*

/s/  Holland Locklear
Holland Locklear (P82236)
LAW OFFICES OF HOLLAND
LOCKLEAR, PLLC
607 Shelby St., Suite 725
Detroit, MI 48226
(833) 424-446/Fax: (248) 256-3334
holland@locklearlegal.com
*Attorney for Plaintiffs*

/s/  Sara Dagher
Sara Dagher (P87077)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
sara@education-rights.com
*Attorney for Plaintiffs*

/s/  Huwaida Arraf
Huwaida Arraf (NY 4707220)
c/o Goodman Hurwitz & James, PC
1394 E. Jefferson Ave.
 Detroit, MI 48207
(248) 987-8701
huwaida4michigan@gmail.com
*Attorney for Plaintiffs*

/s/  Ezra Ritchin
Ezra Ritchin (NY 6085054)
367 St. Marks Ave, #1132
Brooklyn, NY 11238

4

(917) 725-0116
ritchinezra@gmail.com
***Attorney for Plaintiffs***


*Counsel for Plaintiffs*