**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| NORA HILGART-GRIFF et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:24-cv-13425 |
| | ) | |
| v. | ) | Hon. Laurie J. Michelson |
| | ) | Mag. Elizabeth A. Stafford |
| REGENTS OF THE UNIVERSITY | ) | |
| OF MICHIGAN et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATED ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties jointly stipulate that Plaintiff Jared Eno voluntarily dismisses all his individual claims in this action. Mr. Eno reserves the right to participate as a class member should a class be certified in this matter.

IT IS HEREBY ORDERED that Plaintiff Jared Eno's claims are dismissed from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**SO ORDERED**, on this 7th day of July 2026.


Detroit, Michigan

/s/Laurie J. Michelson
LAURIE J. MICHELSON
United States District Judge

1

The parties stipulate to the entry of the above order.

Date: June 26, 2026                    Respectfully submitted,


/s/  John Philo                        /s/  Lauren J. Hartz
John C. Philo (P52721)                 Lauren J. Hartz (D.C. Bar No.
Liz Jacob (P86981)                        1029864)
Anthony D. Paris (P71525)              Ishan Bhabha (D.C. Bar No.
SUGAR LAW CENTER                          1015673)
FOR ECONOMIC & SOCIAL                  Jenner & Block LLP
JUSTICE                                1099 New York Avenue, NW Suite
4605 Cass Ave., 2nd Floor                 900
Detroit, MI 48201                      Washington, DC 20001-4412
(313) 993-4505/Fax: (313) 887-8470     +1 202 639 6000
jphilo@sugarlaw.org                    lhartz@jenner.com
ljacob@sugarlaw.org                    ibhabha@jenner.com
tparis@sugarlaw.org
*Attorneys for Plaintiffs*             Brian M. Schwartz (P69018)
                                       Miller, Canfield, Paddock and Stone,
/s/  Julie H. Hurwitz                     P.L.C.
Julie H. Hurwitz (P34720)              150 W. Jefferson, Ste. 2500
Dayja S. Tillman (P86526)              Detroit, MI 48226
Matthew S. Erard (P81091)              (313) 963-6420
 GOODMAN, HURWITZ, &                   schwartzb@millercanfield.com
JAMES P.C. on behalf of the
NATIONAL LAWYERS GUILD,                *Counsel for Defendants*
DETROIT & MICHIGAN
CHAPTER
 1394 E. Jefferson Ave.
 Detroit, MI 48207
 313-567-6170/Fax: 313-567-4827
jhurwitz@goodmanhurwitz.com
dtillman@goodmanhurwitz.com
merard@goodmanhurwitz.com
*Attorneys for Plaintiffs*

/s/  Amy Doukoure
Amy Doukoure (P80461)

2

COUNCIL ON AMERICAN
ISLAMIC RELATIONS-MICHIGAN
LEGAL FUND
1905 Haggerty Rd., Suite #5
Canton, MI 48188
(248) 559-2247
adoukoure@cair.com
*Attorney for Plaintiffs*

/s/  Holland Locklear
Holland Locklear (P82236)
LAW OFFICES OF HOLLAND
LOCKLEAR, PLLC
607 Shelby St., Suite 725
Detroit, MI 48226
(833) 424-446/Fax: (248) 256-3334
holland@locklearlegal.com
*Attorney for Plaintiffs*

/s/  Sara Dagher
Sara Dagher (P87077)
PO Box 251112
West Bloomfield, MI 48325
(313) 474-4287
shhdagher@gmail.com
*Attorney for Plaintiffs*

/s/  Huwaida Arraf
Huwaida Arraf (NY 4707220)
c/o Goodman Hurwitz & James, PC
1394 E. Jefferson Ave.
 Detroit, MI 48207
(248) 987-8701
huwaida4michigan@gmail.com
*Attorney for Plaintiffs*

/s/  Ezra Ritchin
Ezra Ritchin (NY 6085054)
367 St. Marks Ave, #1132
Brooklyn, NY 11238

3

(917) 725-0116
ritchinezra@gmail.com
***Attorney for Plaintiffs***


*Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically filed the attached join stipulated order of dismissal with the Clerk of the Court using the Utilities Function in the ECF system and, pursuant to an agreement amongst the parties and order of this Honorable Court, have served all parties of record via email.

Respectfully Submitted,

/s/  John Philo
John C. Philo (P52721)
**Sugar Law Center for**
**Economic & Social Justice**
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201
(313) 993-4505/Fax: (313) 887-8470
jphilo@sugarlaw.org
*Attorney for Plaintiffs*

5