**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| NORA HILGART-GRIFF et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:24-cv-13425 |
| | ) | Hon. Laurie J. Michelson |
| v. | ) | Mag. Elizabeth A. Stafford |
| | ) | |
| REGENTS OF THE UNIVERSITY OF MICHIGAN et al., | ) | |
| | ) | |
| Defendants. | | |

**STIPULATION EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION**
**&**
**EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION**

NOW COME the parties, by and through their respective counsel, and stipulate to an extension of time for all Plaintiffs to respond to Defendants' First Set of Requests for Production and for all Defendants to respond to Plaintiffs' First Set of Requests for Production.

On July 7, 2026, Defendants served their First Set of Requests for Production on each of the Plaintiffs. Plaintiffs' responses are due on or before August 6, 2026.

On July 22, 2026, Plaintiffs served their First Set of Requests for Production on each of the Defendants. Defendants' responses are due on or before August 21, 2026.

The parties agree to extend the time to respond to the respective Requests for Production by 14 days. Plaintiffs' responses to Defendants' First Set of Requests for Production would thereby be due on or before August 20, 2026, and Defendants' responses to Plaintiffs' First Set of Requests for Production would thereby be due on or before September 4, 2026.

Respectfully submitted,

*/s/ Liz Jacob*
Liz Jacob (P86981)
SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, MI 48201
(313) 993-4505
ljacob@sugarlaw.org
*Attorneys for Plaintiffs*

*/s/ Allison N. Douglis (with consent)*
Allison N. Douglis
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
(212) 891-1600
ADouglis@jenner.com
*Attorneys for Defendants*

Date: August 5, 2026

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| NORA HILGART-GRIFF et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:24-cv-13425 |
| | ) | Hon. Laurie J. Michelson |
| v. | ) | Mag. Elizabeth A. Stafford |
| | ) | |
| REGENTS OF THE UNIVERSITY OF MICHIGAN et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DISCOVERY**

This matter is before the Court upon the parties' stipulation extending time for Plaintiffs and Defendants to respond to written discovery, which the Court has reviewed and is otherwise fully advised in the premises.

IT IS HEREBY ORDERED that the time for Plaintiffs to respond to the Defendants' First Set of Requests for Production is extended by fourteen (14) days and responses are now due on or before August 20, 2026; and

IT IS HEREBY ORDERED that the time for Defendants to respond to the Plaintiffs' First Set of Requests for Production is extended by fourteen (14) days and responses are now due on or before September 4, 2026

IT IS SO ORDERED.

Date: August 6, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
DISTRICT COURT JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| NORA HILGART-GRIFF et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:24-cv-13425 |
| | ) | Hon. Laurie J. Michelson |
| v. | ) | Mag. Elizabeth A. Stafford |
| | ) | |
| REGENTS OF THE UNIVERSITY OF MICHIGAN et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2026, I filed the parties' *Stipulation Extending Time For Plaintiffs To Respond To Defendants' First Set Of Requests For Production & Extending Time For Defendants To Respond To Plaintiffs First Set Of Requests For Production* with the Clerk of the Court through the Court's CM/ECF system and, pursuant to an agreement amongst the parties regarding service, have emailed copies to all attorneys of record for the parties in this case.

Respectfully submitted,

/s/ Liz Jacob
Liz Jacob (P86981)
SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, MI 48201
(313) 993-4505

ljacob@sugarlaw.org
*Attorneys for Plaintiffs*

Date: August 6, 2026